[No. 12852-3-I. Division One. July 8, 1985.]

TERRY WALTERS, *Respondent,* v. LEONARD
BLUHM, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 82-2-00709-5, Jack S. Kurtz, J., entered
January 20, 1983. *Reversed* and *remanded* by unpublished
opinion per Coleman, J., concurred in by Swanson and
Webster, JJ.

[No. 12254-1-I. Division One. July 8, 1985.]

EDWARD M. BURKE, *Appellant,* v. THE SEATTLE INDIAN
HEALTH BOARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-05657-0, William C. Goodloe, J., entered
December 8, 1982. *Reversed* and *remanded* by unpublished
opinion per Scholfield, A.C.J., concurred in by Williams
and Webster, JJ.

[No. 12968-6-I. Division One. July 8, 1985.]

PATRICIA O. OTTESON, *Respondent,* v. VERYL
F. ADAMS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 82-2-00154-4, Robert C. Bibb, J.,
entered March 2, 1983. *Remanded* by unpublished opinion
per Ringold, J., concurred in by Corbett, C.J., and Schol-
field, J.